CHARLES McKIE, Appellant, v ADAM SAHEED et al., Defendants, and FLAGSTAR BANK, FSB, Respondent.

Submitted December 19, 2011; decided February 14, 2012

Reported below, 2011 NY Slip Op 88539(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay and ancillary relief dismissed as academic.